IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LILLIAN SIERRA,<br><br>    Plaintiff<br><br>    v.<br><br>HOSPITAL DE LA CONCEPCION, et. al.,<br><br>    Defendants | CIVIL NO. 06-1806 (JP)<br>**<u>UNDER SEAL</u>** |

### **<u>FINAL JUDGMENT</u>**

The Court has before it a Settlement Stipulation and Release filed by all parties hereto (Nos. 100, 100-1). Pursuant thereto, the Court hereby **ENTERS JUDGMENT FOR PLAINTIFF** Lillian Sierra, for her physical pain and suffering, to have and recover from each individual Defendant as follows:

1. Dr. Radamés Tirado: $76,000.00,
2. Dr. Ivette Ramírez Cebollero: $62,000.00,
3. Hospital Metropolitano de San Germán: $22,000.00,
4. Dr. Jeanette M. Figueroa: $65,000.00,
5. Dr. Carmen Martin: $65,000.00, and
6. Hospital La Concepción: $100,000.00.

This Judgment **SHALL** be paid within thirty days of this date by depositing the principal with the Clerk of the Court. If the above amounts are not deposited within thirty days, Plaintiff is at liberty to file a motion for execution of this Judgment.

CIVIL NO. 06-1806 (JP)          -2-

This Judgment is a release from all causes of action exercised in the Complaint and Third-Party Complaint, and all causes of action that could follow or emanate from the facts stated therein. This Judgment is entered without the imposition of costs or attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 26th day of November, 2007.

JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE